No. 83–1899. VITALE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–1900. ROHDE ET AL. v. BOLGER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1901. TEAMSTERS FREIGHT LOCAL UNION NO. 480 v. RYDER TRUCK LINES, INC. C. A. 6th Cir. Certiorari denied.

No. 83–1905. C. M. UBERMAN ENTERPRISES, INC., ET AL. v. HISTORIC FIGURES, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–1906. BEACH ET UX. v. OWENS-CORNING FIBERGLAS CORP. C. A. 7th Cir. Certiorari denied.

No. 83–1907. PELT v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 83–1909. BEARD, ADMINISTRATRIX OF THE ESTATE OF BEARD v. O'NEAL ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1910. BUILDING MATERIAL & DUMP TRUCK DRIVERS LOCAL NO. 420, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. TOYOTA LANDSCAPE CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1913. WHITE v. JEFFREY MINING MACHINERY CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 83–1915. KOHN BEVERAGE CO. v. TEAMSTERS LOCAL No. 348. Ct. App. Ohio, Summit County. Certiorari denied.

No. 83–1916. JARBOE-LACKEY FEEDLOTS, INC. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1917. LIBERTARIAN PARTY OF LOUISIANA v. BROWN, SECRETARY OF STATE OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.